UNITED STATES DISTRICT COURT
for the District of Massachusetts

| | | |
|---|---|---|
| MARVELL SEMICONDUCTOR, INC., )<br>      Petitioner, )<br> )<br>v. )<br> )<br>INTELLECTUAL VENTURES I, LLC, )<br>      Patent Owner ) | | CASE IPR2014-00553 |

### INTELLECTUAL VENTURES I, LLC'S
### MOTION TO APPLY FOR DEPOSITION SUBPOENA

Now comes Patent Owner, Intellectual Ventures I, LLC ("Intellectual Ventures") and respectfully requests that the United States District Court for the District of Massachusetts issue a Subpoena to Testify at a Deposition in a Inter Partes Review regarding the instant matter to Ms. Paula Carey for a deposition to take place at Esquire Deposition Solutions, 99 Summer Street, Ste. 804, Boston, MA 02110.  As grounds therefore, Intellectual Ventures states as follows:

1. The underlying case requiring Ms. Carney's deposition is pending in the United States Patent and Trademark Office, Case IPR2014-00553;

2. On or about April 14, 2015, the United States Patent and Trademark Office (Giannetti, J.) granted Intellectual Ventures an authorization to Apply for Subpoena from Federal District Court (See Order dated April 15, 2015, attached as Exhibit A).

3. Counsel for Intellectual Ventures, LLC, McAndrews, Held & Malloy, Ltd. is located in Chicago, IL and, as such, has retained the present local counsel, Barry Bachrach, Esquire to file the instant Motion to Apply for Deposition Subpoena.

4. The proposed deponent, Ms. Paula Carey, has relevant information concerning this case.

5. The allowance of this Motion will not prejudice any party in the instant matter.

6. The proposed Subpoena is attached.

**WHEREFORE**, Patent Owner, Intellectual Ventures, LLC, respectfully requests this Honorable Court to issue a Subpoena to Testify at a Deposition in a Inter Partes Review regarding the instant matter to Ms. Paula Carey for a deposition to take place at the Esquire Deposition Solutions, 99 Summer Street, Ste. 804, Boston, MA 02110.

                            Intellectual Ventures, LLC
                            By its attorney,

                            /s/ Barry A. Bachrach
                            Barry A. Bachrach (BBO# 025490)
                            The Law Office of Barry Bachrach
                            62 Paxton Street
                            Leicester, MA 01524
                            Telephone No.: (508) 892-1533
                            Facsimile No.: (508) 892-1633
Date: 04/28/15             Email: bbachrach@bachrachlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April 2015, I served a copy of the within Intellectual Ventures I, LLC's Motion to Apply for Deposition Subpoena, via first class mail, postage prepaid, to the following counsel of record:

W. Karl Renner, Esquire
Jeremy J. Monaldo, Esquire
Fish & Richardson, PC
P.O. Box 1022
Minneapolis, MN 55440-1022

Herbert D. Hart, III, Esquire
Peter J. McAndrews, Esquire
Michael J. Carrozza, Esquire
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor
Chicago, IL 60661

James R. Hietala, Esquire
Tim R. Seeley, Esquire
Intellectual Ventures Management
Building 4, Floor 2
3150 139th Avenue SE
Bellevue, WA 98005

                            /s/ Barry A. Bachrach

# EXHIBIT A

Trials@uspto.gov   Paper 30
571-272-7822   Entered:  April 14, 2015

UNITED STATES PATENT AND TRADEMARK OFFICE

———————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————

MARVELL SEMICONDUCTOR, INC.,
Petitioner

v.

INTELLECTUAL VENTURES I LLC,
Patent Owner

———————

Case IPR2014-00553
Patent No. 6,754,195


THOMAS L. GIANNETTI, *Administrative Patent Judge*.


ORDER
*Authorization to Apply For Subpoena From Federal District Court
35 U.S.C. § 24; 37 C.F.R. § 42.52*

IPR2014-00553
Patent 6,754,195 B2

On April 8, 2015, the Patent Trial and Appeal Board ("Board") granted Patent Owner's request to compel the deposition of PAULA CAREY, a non-party to this proceeding who executed a declaration on which Petitioner may rely.  *See* Paper 28.

It is hereby,

ORDERED that Patent Owner is permitted under 35 U.S.C. § 24 to apply for a subpoena from the Clerk of the United States court for the district where testimony of PAULA CAREY is to be taken;

FURTHER ORDERED that Petitioner is permitted to attend the deposition and to conduct re-direct examination of the witness; and

FURTHER ORDERED that the deposition of the witness shall be limited to one hour of cross-examination by Patent Owner on the subject matter of the witness's declaration and thirty minutes of re-direct examination by Petitioner limited to the scope of the cross-examination.

SO ORDERED.

Dated: April 15, 2015

/s/Thomas L. Giannetti
_____
Thomas L. Giannetti
Administrative Patent Judge

1